UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br>Plaintiff,<br>v.<br>DAVID ALEXANDER WOLPERT,<br>Defendant. | Case No. 2:26-cv-0239-DC-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMNENDATIONS<br><br>(ECF Nos. 2, 4, 6, 7) |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On April 21, 2026, the magistrate judge filed findings and recommendations herein, which were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 4. The magistrate judge recommends that the two pending state court criminal cases that Defendant removed be *sua sponte* remanded back to the state courts from which they were removed. *Id.* Defendant filed objections on April 21, 2026. ECF No. 6. However, in his objections, Defendant merely restates the arguments that the magistrate judge already addressed and appropriately rejected. Accordingly, Defendant's objections do not provide a basis upon which to reject the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602

F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed April 21, 2026, ECF No. 4, are ADOPTED;
2. Plaintiff's motion to proceed *in forma pauperis*, ECF No. 2, is DENIED as moot;
3. Plaintiff's motion for a temporary restraining order, ECF No. 6, and the findings and recommendations issued on May 12, 2026, ECF No. 7, are DENIED as having been rendered moot by this order;
4. This case is REMANDED to the Sacramento County Superior Court and the San Mateo Superior Court; and
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 21, 2026**

Dena Coggins
United States District Judge